```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JERMANE E. BONNER,        )
      Petitioner,         )
                          )
      v.                  )    Civil Action No. 10-354
                          )      (Criminal No. 02-46)
UNITED STATES OF AMERICA, )
      Respondent.         )
```

## ORDER

AND NOW, this 17th day of March, 2010, the Court, having received petitioner's motion to vacate [document #140 at Criminal No. 02-46], IT IS HEREBY ORDERED that any response to the motion shall be filed on or before April 16, 2010

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before May 3, 2010.

                              BY THE COURT:

                              s/Gary L. Lancaster        , J.
                              Hon. Gary L. Lancaster,
                              Chief United States District Judge

cc:   Jermane E. Bonner, #07400-068
      FCI-Englewood
      9595 W. Quincy Avenue
      Littleton, CO  80123

      Troy Rivetti,
      Assistant United States Attorney